AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

Case 1:21-mj-00783-JMC   Document 2   Filed 03/31/21   Page 1 of 1

AUSA: Mihok

___ FILED  ___ ENTERED
___ LOGGED ___ RECEIVED

5:03 pm, Mar 31 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   21-mj-00783-JMC
                                 )
Information Associated with the Facebook Accounts )
Listed in Attachment A1          )
                                 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A1

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a); 2252(a)(2) & 2252A(a)(2); and 2252A(a)(4)(B) & 2252A(a)(5)(B); 2252A(a)(6); and 2422(b) | Production, Distribution, Receipt, and Possession of Child Pornography; Grooming; and Use of Interstate Commerce Facilities to Entice a Minor to Engage in Sexual Activity |

The application is based on these facts:
See affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

KELLY M DIANTONIO   Digitally signed by KELLY M DIANTONIO
                    Date: 2021.03.16 11:51:13 -04'00'

*Applicant's signature*

Kelly M. DiAntonio, SA, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 3/17/21



*Judge's signature*

City and state: Baltimore, Maryland        J. Mark Coulson, United States Magistrate Judge
*Printed name and title*